UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW SORENSEN,<br><br>                  Plaintiff,<br><br>    v.<br><br>CPC SPECIAL LOGISTICS WEST, LCC, LARRY KELLER,<br><br>                  Defendants. | CASE NO. 2:18-cv-00446-BAT<br><br>**ORDER GRANTING EXTENSION OF MEDIATION DEADLINE** |

Pursuant to the Court's Order Setting Trial Date and Pretrial Schedule, entered May 21, 2018, mediation in this case is to be completed by March 8, 2019. Dkt. 13. Due to the parties' scheduling conflicts, mediation cannot be scheduled until March 11, 2019. The parties stipulate, pursuant to Local Civil Rule 10(g), subject to the Court's approval, that the deadline to complete mediation be extended three days from March 8 to March 11, 2019. Dkt. 18.

Accordingly, it is **ORDERED** that the parties' deadline for mediation is extended three days to **March 11, 2019.** All other deadlines remain unchanged. *See* Dkt. 13.

DATED this 28th day of February, 2019.

                                                    BRIAN A. TSUCHIDA
                                                    Chief United States Magistrate Judge